127018(89(91)

DIANE CAMERON and JAMES
CAMERON, Co-Guardians of the
Estate of Daniel Cameron,
            Plaintiffs-Appellants,

v

AUTO CLUB INSURANCE
ASSOCIATION,
            Defendant-Appellee.

_____

SC:    127018
CoA:  248315
Wayne CC:  02-000549-NF

On order of the Chief Justice, motions by the Michigan Department of Community Health and the Michigan Trial Lawyers Association for leave to file briefs *amicus curiae* are considered and they are GRANTED.